**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-22619-RNS

MARIO DEL VALLE, ENRIQUE FALLA,
ANGELO POU, as individuals and
on behalf of all others similarly situated,

    Plaintiffs,

v.

EXPEDIA GROUP, INC., HOTELS.COM
L.P., HOTELS.COM GP, ORBITZ, LLC,
BOOKING.COM B.V., BOOKING
HOLDINGS INC.,

    Defendants.
_____/

## NOTICE OF APPEAL

Plaintiffs Mario del Valle, Enrique Falla, and Angelo Pou, individually and on behalf of a putative class of similarly situated individuals, provide notice of their appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Order on the Motions to Dismiss [D.E. 71], entered in this action on May 26, 2020.

Dated: June 24, 2020.

Respectfully submitted,

                              **RIVERO MESTRE LLP**
                              2525 Ponce de Leon Blvd., Suite 1000
                              Coral Gables, Florida 33134
                              Telephone: (305) 445-2500
                              Facsimile: (305) 445-2505
                              Email: arivero@riveromestre.com
                              Email: arolnick@riveromestre.com
                              Email: paguila@riveromestre.com
                              Email: crodriguez@riveromestre.com

                By:      /s/ Andrés Rivero

ANDRÉS RIVERO
Florida Bar No. 613819
ALAN H. ROLNICK
Florida Bar No. 715085
M. PAULA AGUILA
Florida Bar No. 43135
CARLOS A. RODRIGUEZ
Florida Bar No. 0091616

**MANUEL VAZQUEZ, P.A.**
2332 Galiano St., Second Floor
Coral Gables, Florida 33134
Telephone: (305) 445-2344
Facsimile: (305) 445-4404
E-mail: mvaz@mvazlaw.com

By: /s/ Manuel Vazquez
MANUEL VAZQUEZ
Florida Bar No. 132826

### CERTIFICATE OF SERVICE

I certify that on June 24, 2020, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Andrés Rivero
ANDRÉS RIVERO